AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

ELIZABETH ANDERSON

**JUDGMENT IN A CIVIL CASE**

v.

Case Number: 09 C 3210

UNITED AIR LINES, INC., UAL INC., and
THE ASSOCIATION OF FLIGHT
ATTENDANTS

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered for defendants United Air Lines, Inc. and UAL Corporation (incorrectly captioned as UAL Inc.) and against plaintiff Elizabeth Anderson.

Michael W. Dobbins, Clerk of Court

Date: 2/22/2010     /s/ Alberta Rone, Deputy Clerk